STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**16-640 consolidated with 16-462 and 16-722**


**BRYAN REED**

**VERSUS**

**COWBOY'S WESTERN STORE & TRAILER SALES, INC., ET AL.**


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2013-2661, DIVISION B
HONORABLE JULES DAVIS EDWARDS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ULYSSES GENE THIBODEAUX**
**CHIEF JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and David E. Chatelain[*], Judges.

**AFFIRMED.**


**Raymond C. Jackson, III**
**Allen & Gooch**
**P. O. Box 81129**
**Lafayette, LA 70598-1129**
**Telephone:  (337) 291-1000**
**COUNSEL FOR:**
   **Defendants/Appellees – Cowboy's Saloon, L.L.C. and Larry Bacque, Sr.**

---

[*]Honorable David E. Chatelain participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**Jeffrey A. Rhoades**
**Swift & Rhoades**
**P. O. Box 53107**
**Lafayette, LA 70502-3107**
**Telephone:  (337) 572-9877**
**COUNSEL FOR:**
     **Defendants/Appellees – Cowboy's Saloon, L.L.C. and Larry Bacque, Sr.**

**James Allen Lochridge, Jr.**
**Voorhies & Labbé**
**P. O. Box 3527**
**Lafayette, LA 70502-3527**
**Telephone:  (337) 232-9700**
**COUNSEL FOR:**
     **Defendants/Appellees - Larry Bacque, II and Bac Three, Inc.**

**Patrick Daniel**
**Daniel & Associates**
**2409 Commerce Street**
**Houston, TX 77003**
**Telephone:  (713) 589-3539**
**COUNSEL FOR:**
     **Plaintiff/Appellant - Bryan Reed**

**John E. McElligott, Jr.**
**Kevin M. Dills**
**Robert D. Felder**
**Jami L. Lacour**
**Davidson, Meaux, Sonnier, McElligott, Fontenot, Gideon & Edwards, LLP**
**810 South Buchanan Street**
**Lafayette, LA 70501**
**Telephone:  (337) 237-1660**
**COUNSEL FOR:**
     **Defendant/Appellee - Founders Insurance Company**

**Peter A. Bourgeois**
**Blake W. Bourgeois**
**Galloway, Johnson, Tompkins, Burr & Smith**
**One Shell Square**
**701 Poydras Street – 40th Floor**
**New Orleans, LA 70139**
**Telephone:  (504) 525-6802**
**COUNSEL FOR:**
     **Defendant/Appellee - Essex Insurance Company**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Bryan Reed v. Cowboy's Western Store and Trailer Sales, Inc., et al.*, 16-462 (La.App. 3 Cir. __/__/17), ___So.3d___, the judgment of the trial court is affirmed. Costs of this appeal are assessed to Bryan Reed.

**AFFIRMED.**